# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**785**

**KA 13-01142**

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, LINDLEY, AND SCONIERS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                              MEMORANDUM AND ORDER

KEVIN C. JOHNSON, ALSO KNOWN AS KEVIN JOHNSON,
DEFENDANT-APPELLANT.

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (NICHOLAS P. DIFONZO OF
COUNSEL), FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered May 21, 2013. The judgment convicted defendant,
upon his plea of guilty, of failure to register a change of internet
accounts.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him
upon his plea of guilty of failure to register a change of internet
accounts (Correction Law § 168-f [4]). Contrary to defendant's
contention, the record establishes that he knowingly, voluntarily and
intelligently waived the right to appeal (*see generally People v
Lopez*, 6 NY3d 248, 256), and that valid waiver forecloses any
challenge by defendant to the severity of the sentence (*see id.* at
255; *see generally People v Lococo*, 92 NY2d 825, 827; *People v
Hidalgo*, 91 NY2d 733, 737).

Entered: July 3, 2014                          Frances E. Cafarell
                                               Clerk of the Court